[No. 18907-4-III. Division Three. December 21, 2000.]

JOHN A. GAETANO, *Appellant*, v. J.C. PENNEY CO., INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-00825-0, Gregory D. Sypolt, J., entered July 23, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kato, JJ.

[No. 24207-9-II. Division Two. December 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LELAND JERMAINE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-02281-1, Grant L. Anderson, J., entered December 9, 1998. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 24385-7-II. Division Two. December 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TORY RONELL HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03783-2, Frederick B. Hayes, J., entered February 4, 1999. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Morgan, J., concurred in by Houghton, J. and Wang, J. Pro Tem.

[No. 24486-1-II. Division Two. December 21, 2000.]

YOLANDA LUCERO, ET AL., *Appellants*, v. FARMERS INSURANCE GROUP OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pacific County, No. 89-2-00258-4, Joel M. Penoyar, J., entered February 23, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.